05-40053-MLW

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Menezes v. University of Massachusetts et al | Chapter 7<br>Adversary Proceeding 01-04355<br>Judge Henry J. Boroff |

### CLERK'S CERTIFICATION FOR TRANSMITTAL
### OF RECORD ON APPEAL

I, JAMES M. LYNCH, Clerk of the United States Bankruptcy Court for the District of Massachusetts, do hereby certify that the annexed documents are copies of the original papers as described in the accompanying Designation of Record and constitute the Record on Appeal in the case entitled and numbered **Harriet Menezes Adv. Proc. No. 01-4355**.

**IN TESTIMONY WHEREOF,** I HEREUNTO SET MY HAND AND AFFIX THE SEAL OF THIS COURT, AT WORCESTER, IN THE DISTRICT OF MASSACHUSETTS, THIS 23rd DAY OF MARCH.

Date: 3/23/05

James M. Lynch
Clerk, U.S. Bankruptcy Court



By the Court,

Alberto Barrera

Deputy Clerk
(508) 770-8943

---

Receipt of the documents in the above-entitled case as described in the Designation of Record is hereby acknowledged this 23rd day of March, 2005.

This case has been assigned No. 05-40053.

_____
DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

---

In Re:   Menezes v. University of Massachusetts et al          Chapter 7
                                                               Adversary Proceeding 01-04355
                                                               Judge Henry J. Boroff

---

### NOTICE OF FILING OF APPEAL TO DISTRICT COURT

**05-40053**

A Notice of Appeal and an Election to have the appeal heard in the United States District Court were filed on **FEBRUARY 14, 2005** in the above case/proceeding.

Please refer to 28 U.S.C. § 158(c)(1), Federal Rule of Bankruptcy Procedure 8001 et seq., and Local Rule 203 of the U.S. District Court. Also, pursuant to Federal Rule of Bankruptcy Procedure 8006 the Appellant must file with the Clerk of this Court, a Designation of the Record on Appeal and a Statement of the Issues to be presented on Appeal, within ten (10) days of the filing of the:

  1. Notice of Appeal, or
  2. Entry of an Order granting leave to appeal, or
  3. Entry of an Order disposing of the last timely motion outstanding of a type specified in Rule 8002(b),

whichever is **later**.

A copy of the Designation and Statement shall be served by the Appellant on the Appellee.

The Appellee may file a Designation of Additional Papers to be included in the Record on Appeal within ten (10) days after service of the Appellant's Designation and Statement.

Upon the filing of Designation(s) of Record and Statement of Issues on Appeal, the Appellant (and Appellee if additional papers have been designated) shall, provide the Clerk with copies of all papers which have been designated for inclusion in the Record on Appeal within twenty-five (25) days of the issuance of this notice.

It is the duty of the parties to insure that the Record on Appeal is complete. The Clerk of the Bankruptcy Court will transmit the Record on Appeal as assembled by the parties.

Date: 2/14/05                                                 James M. Lynch
                                                              Clerk, U.S. Bankruptcy Court


                                                              By the Court,

                                                              Alberto Barrera
                                                              Deputy Clerk
                                                              (508) 770-8943

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MASSACHUSETTS

IN RE:
Harriet Menezes,
Debtor

CHAPTER 7
CASE NO. 01-44067-HJB

Harriet Menezes,
　　Plaintiff

05-40053

vs.

U.S. Department of Education, University
Of Massachusetts – Amherst, TERI Educational
Resources Institute, Educational Credit Management
Corporation, American Express Centurion Bank,
Allied Interstate Inc., Brigham & Womens Dept. of Surgery and
Faulkner Hospital, Inc.,
　　Defendants

ADVERSARY PROCEEDING
NO. 01-4355-HJB

### APPELLANT, EDUCATIONAL CREDIT MANAGEMENT CORPORATION'S, DESIGNATION OF THE RECORD ON APPEAL

Now comes the Appellant, Educational Credit Management Corporation, and designates the following documents to be included on the Record on Appeal:

1. Joint Pretrial Statement filed with the Court on January 31, 2005. Note: A copy is attached hereto as Appellant Exhibit 1.

2. Trial brief of Appellant/Defendant Educational Credit Management Corporation, filed with the Court on February 2, 2005. Note: A copy is attached hereto as Appellant Exhibit 2.

3. Amended Exhibit B for trial brief of Appellant/Defendant, Educational Credit Management Corporation, filed with the Court on February 2, 2005. A copy is attached hereto as Appellant Exhibit 3.

4. List of Exhibits for Defendant/Appellant Educational Credit Management Corporation, filed with the Court on February 3, 2005. Note: A copy is attached hereto as Appellant Exhibit 4.

5. ECMC – Exhibit 1 of Defendant/Appellant filed with Court on February 3, 2005. Note: A copy is attached hereto as Appellant Exhibit 5.

6. ECMC – Exhibit 2 of Defendant/Appellant filed with Court on February 3, 2005. Note: A copy is attached hereto as Appellant Exhibit 6.

7. Plaintiff/Appellee's Exhibit 1 (tab 1 of plaintiff's trial notebook) filed with Court on February 3, 2005. Note: A copy is attached hereto as Appellant Exhibit 7.

8. Plaintiff/Appellee's Exhibit 2 (tab 2 of plaintiff's trial notebook) filed with Court on February 3, 2005. Note: A copy is attached hereto as Appellant Exhibit 8.

9. Plaintiff/Appellee's Exhibit 3 (tab 3 of plaintiff's trial notebook) filed with Court on February 3, 2005. Note: A copy is attached hereto as Appellant Exhibit 9.

10. Plaintiff/Appellee's Exhibit 4 (tab 4 of plaintiff's trial notebook) filed with Court on February 3, 2005. Note: A copy is attached hereto as Appellant Exhibit 10.

11. Plaintiff/Appellee's Exhibit 5 (tab 5 of plaintiff's trial notebook) filed with Court on February 3, 2005. Note: A copy is attached hereto as Appellant Exhibit 11.

12. Plaintiff/Appellee's Exhibit 6 (tab 14 of plaintiff's trial notebook) filed with Court on February 3, 2005. Note: A copy is attached hereto as Appellant Exhibit 12.

13. Plaintiff/Appellee's Exhibit 7 (tab 19 of plaintiff's trial notebook) filed with Court on February 3, 2005. Note: A copy is attached hereto as Appellant Exhibit 13.

14. Plaintiff/Appellee's Exhibit 8 (tab 58 of plaintiff's trial notebook) filed with Court on February 3, 2005. Note: A copy is attached hereto as Appellant Exhibit 14.

15. Copy of trial transcript. Note: A copy is not yet available for attachment hereto.

16. Memorandum of Decision issued by the Honorable Judge Boroff and docketed on February 3, 2005. Note: A copy is attached hereto as Appellant Exhibit 15.

17. Notice of Appeal filed by State University of New York and docketed on February 14, 2005. Note: A copy is attached hereto as Appellant Exhibit 16.

18. Election of Appeal to District Court filed by State University of New York and docketed on February 14, 2005. Note: A copy is attached hereto as Appellant Exhibit 17.

19. Notice of Appeal filed by Educational Credit Management Corporation and docketed on February 14, 2005. Note: A copy is attached hereto as Appellant Exhibit 18.

20. Election of Appeal to District Court filed by Educational Credit Management Corporation, and docketed on February 14, 2005. Note: A copy is attached hereto as Appellant Exhibit 19.

Educational Credit Management Corporation,
Appellant,

BY: _____
John R. White, Esq.  BBO# 558367
jwhite@topbev.com
Topkins & Bevans
150 Grossman Drive, Suite 305
Braintree, MA  02184
Telephone No. (781) 849-5906
Dated:  February 17, 2005

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br>Harriet Menezes,<br>Debtor | CHAPTER 7<br>CASE NO. 01-44067-HJB |
| Harriet Menezes,<br>    Plaintiff | |
| vs.<br><br>U.S. Department of Education, University Of Massachusetts – Amherst, TERI Educational Resources Institute, Educational Credit Management Corporation, American Express Centurion Bank, Allied Interstate Inc., Brigham & Womens Dept. of Surgery and Faulkner Hospital, Inc.,<br>    Defendants | ADVERSARY PROCEEDING<br>NO. 01-4355-HJB |

## CERTIFICATE OF SERVICE

I, John F. White, attorney for Educational Credit Management Corporation ("ECMC") hereby certify that I have served a copy of APPELLANT, EDUCATIONAL CREDIT MANAGEMENT CORPORATION'S, DESIGNATION OF THE RECORD ON APPEAL on the following parties, by mailing a copy of the same, first class mail, postage prepaid, on February 17, 2005.

Respectfully submitted,

John F. White, Esq. BBO# 558367
Topkins & Bevans
150 Grossman Drive, Suite 305
Braintree, MA 02184
Tel. 781-849-5906

Philip F. Coppinger, Esq.
Seder & Chandler
339 Main Street
Worcester, MA 01608
(617) 426-0681
pfcoppinger@Sederlaw.com

Michael A. Beatty, Esq.
31 St. James Avenue
Boston, MA 02116
(617) 556-0592
MBeatty@firstmarblehead.com

Geoffrey B. McCullough, Esq.
University of Massachusetts
One Beacon St., 26th Floor
Boston, MA 2108
(617) 287-7028
gmccullough@umassp.edu

Stephen M. Nagle
Assistant Attorney General
The Capital
Albany, NY
518-474-0594
Stephen.Nagle@oag.state.ny.us

**File an Appeal:**

01-04355 Menezes v. University of Massachusetts et al

## United States Bankruptcy Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from White, John F. entered on 2/17/2005 at 12:19 PM EST and filed on 2/17/2005

**Case Name:** Menezes v. University of Massachusetts et al
**Case Number:** 01-04355
**Document Number:** 140

**Docket Text:**
Appellant Designation of Contents For Inclusion in Record On Appeal *With Attached Certificate of Service* Filed by Defendant Educational Credit Management Corp. (RE: [135] Notice of Appeal, ). Appellee designation due by 2/28/2005. (White, John)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\jwhite.TOPBEV\Desktop\Des-Record-0401173012.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1021399670 [Date=2/17/2005] [FileNumber=3180974-0
] [7a593d057e0c3e045a3bc2037d86aeb9901efbb776d08f4c46cd9c7d4ee588e468b
2d1ee6f550e5e47dd102352725b210b9e8bc02ee265029432f91ed4b24439]]

**01-04355 Notice will be electronically mailed to:**

Philip F. Coppinger    bankruptcy@sederlaw.com

John F. White     jwhite@topbev.com,

**01-04355 Notice will not be electronically mailed to:**

Michael A. Beatty
First Marblehead Education Resource
31 St. James Avenue
Boston, MA 02116

Margaret G. Korde
Korde & Associates
321 Billerica Road
Suite 210
Chelmsford, MA 01824-2307

Geoffrey B. McCullough


2/17/2005

## File an Appeal:

01-04355 Menezes v. University of Massachusetts et al

### United States Bankruptcy Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from White, John F. entered on 2/17/2005 at 12:22 PM EST and filed on 2/17/2005
**Case Name:**     Menezes v. University of Massachusetts et al
**Case Number:**   01-04355
**Document Number:** 141

**Docket Text:**
Appellant Designation of Contents For Inclusion in Record On Appeal *Exhibit 1* Filed by Defendant Educational Credit Management Corp. (RE: [135] Notice of Appeal,, [140] Appellant Designation, ). Appellee designation due by 2/28/2005. (White, John)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\jwhite.TOPBEV\Desktop\app1-0401161045.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1021399670 [Date=2/17/2005] [FileNumber=3180998-0
] [8bf01d562f1a11d08e9b899a71c73262a1dc69e7088c9876b41b0ffb2adcc5446bc
9c191829693aaf9bbada933366cf252ebfb7f7f0d212d582e5739f99ac5ee]]

### 01-04355 Notice will be electronically mailed to:

Philip F. Coppinger    bankruptcy@sederlaw.com

John F. White    jwhite@topbev.com,

### 01-04355 Notice will not be electronically mailed to:

Michael A. Beatty
First Marblehead Education Resource
31 St. James Avenue
Boston, MA 02116

Margaret G. Korde
Korde & Associates
321 Billerica Road
Suite 210
Chelmsford, MA 01824-2307

Geoffrey B. McCullough


2/17/2005

## File an Appeal:
01-04355 Menezes v. University of Massachusetts et al

**United States Bankruptcy Court**

**District of Massachusetts**

Notice of Electronic Filing

The following transaction was received from White, John F. entered on 2/17/2005 at 1:26 PM EST and filed on 2/17/2005

**Case Name:**   Menezes v. University of Massachusetts et al
**Case Number:**   01-04355
**Document Number:** 143

**Docket Text:**
Appellant Designation of Contents For Inclusion in Record On Appeal *Exhibits 3 - 9* Filed by Defendant Educational Credit Management Corp. (RE: [135] Notice of Appeal,, [140] Appellant Designation, ). Appellee designation due by 2/28/2005. (White, John)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\jwhite.TOPBEV\Desktop\App3 - 9-0401165349.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1021399670 [Date=2/17/2005] [FileNumber=3181560-0
] [95b640ca7c675620117d3109a5efb8371f2d8fcba3cbca5bfd16453321fc5af3d13
8a7606855c7cd623740ef07aa57b82c38251f45561cd13c44462be1dd72bf]]

**01-04355 Notice will be electronically mailed to:**

Philip F. Coppinger    bankruptcy@sederlaw.com

John F. White    jwhite@topbev.com,

**01-04355 Notice will not be electronically mailed to:**

Michael A. Beatty
First Marblehead Education Resource
31 St. James Avenue
Boston, MA 02116

Margaret G. Korde
Korde & Associates
321 Billerica Road
Suite 210
Chelmsford, MA 01824-2307

Geoffrey B. McCullough

2/17/2005

# File an Appeal:

01-04355 Menezes v. University of Massachusetts et al

## United States Bankruptcy Court

## District of Massachusetts

Notice of Electronic Filing

The following transaction was received from White, John F. entered on 2/17/2005 at 1:35 PM EST and filed on 2/17/2005

**Case Name:**     Menezes v. University of Massachusetts et al
**Case Number:**    01-04355
**Document Number:** 144

Docket Text:
Appellant Designation of Contents For Inclusion in Record On Appeal *Exhibits 10 - 19* Filed by Defendant Educational Credit Management Corp. (RE: [135] Notice of Appeal,, [140] Appellant Designation, ). Appellee designation due by 2/28/2005. (White, John)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\jwhite.TOPBEV\Desktop\App 10 - 19-0401171349.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1021399670 [Date=2/17/2005] [FileNumber=3181625-0
] [318df2a808e5a27e05a808db5882100b2ed0880769f2294f39df901d722b60fffcb
5713c946fe58a5d1e6ef629cc145e6879f24198c79dcf49dd7f77570de177]]

**01-04355 Notice will be electronically mailed to:**

Philip F. Coppinger     bankruptcy@sederlaw.com

John F. White    jwhite@topbev.com,

**01-04355 Notice will not be electronically mailed to:**

Michael A. Beatty
First Marblehead Education Resource
31 St. James Avenue
Boston, MA 02116

Margaret G. Korde
Korde & Associates
321 Billerica Road
Suite 210
Chelmsford, MA 01824-2307

Geoffrey B. McCullough

2/17/2005

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MASSACHUSETTS

IN RE:
Harriet Menezes,
Debtor

CHAPTER 7
CASE NO. 01-44067-HJB

Harriet Menezes,
   Plaintiff

05-40053

vs.

U.S. Department of Education, University
Of Massachusetts – Amherst, TERI Educational
Resources Institute, Educational Credit Management
Corporation, American Express Centurion Bank,
Allied Interstate Inc., Brigham & Womens Dept. of Surgery and
Faulkner Hospital, Inc.,
   Defendants

ADVERSARY PROCEEDING
NO. 01-4355-HJB

**APPELLANT, EDUCATIONAL CREDIT
MANAGEMENT CORPORATION'S, STATEMENT OF THE ISSUES**

     Now comes the Appellant, Educational Credit Management Corporation, and submits herein its' Statement of the Issues to be presented on Appeal:

1. Did the Bankruptcy Court err in concluding that the debtor's repayment of her student loans to Educational Credit Management Corporation would constitute an "undue hardship" as the term is used in 11 U.S.C. § 523(a)(8)?

2. Did the Bankruptcy Court err, after finding it would be an undue hardship for the Debtor to pay her entire student loan debt, in failing to exercise its equitable authority to partially discharge student loan debt under section 105(a)?

Educational Credit Management Corporation,
Appellant,

BY:_____
   John F. White, Esq.  BBO# 558367
   jwhite@topbev.com
   Topkins & Bevans
   150 Grossman Drive, Suite 305
   Braintree, MA  02184
   Telephone No. (781) 849-5906
   Dated:  February 17, 2005

139

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MASSACHUSETTS

IN RE:  
Harriet Menezes,  
Debtor

CHAPTER 7  
CASE NO. 01-44067-HJB

Harriet Menezes,  
    Plaintiff

vs.

ADVERSARY PROCEEDING  
NO. 01-4355-HJB

U.S. Department of Education, University
Of Massachusetts – Amherst, TERI Educational
Resources Institute, Educational Credit Management
Corporation, American Express Centurion Bank,
Allied Interstate Inc., Brigham & Womens Dept. of Surgery and
Faulkner Hospital, Inc.,
    Defendants

### CERTIFICATE OF SERVICE

I, John F. White, attorney for Educational Credit Management Corporation ("ECMC") hereby certify that I have served a copy of APPELLANT, EDUCATIONAL CREDIT MANAGEMENT CORPORATION'S, STATEMENT OF THE ISSUES on the following parties, by mailing a copy of the same, first class mail, postage prepaid, on February 17, 2005.

                            Respectfully submitted,

                            John F. White, Esq. BBO# 558367  
                            Hopkins & Bevans  
                            150 Grossman Drive, Suite 305  
                            Braintree, MA 02184  
                            Tel. 781-849-5906

Philip F. Coppinger, Esq.  
Seder & Chandler  
339 Main Street  
Worcester, MA 01608  
(617) 426-0681  
pfcoppinger@Sederlaw.com

Michael A. Beatty, Esq.
31 St. James Avenue
Boston, MA 02116
(617) 556-0592
MBeatty@firstmarblehead.com

Geoffrey B. McCullough, Esq.
University of Massachusetts
One Beacon St., 26th Floor
Boston, MA 2108
(617) 287-7028
gmccullough@umassp.edu

Stephen M. Nagle
Assistant Attorney General
The Capital
Albany, NY
518-474-0594
Stephen.Nagle@oag.state.ny.us