UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**IN RE MENEZES**

                                                        CIVIL ACTION
                                                        NO. **05-40052-MLW**
                                                               **05-40053-MLW**

**NOTICE**

**WOLF, D.J.**

    **PLEASE TAKE NOTICE** that the above-entitled case has been set for a **hearing on the Bankruptcy Appeal** on **MARCH 17, 2006** at **2:00 P.M.** before Judge **WOLF** in Courtroom # **10** on the **5th** floor.

                                                        SARAH THORNTON, CLERK

**March 8, 2006**                                By:    **/s/ Dennis O'Leary**
**Date**                                               **Deputy Clerk**

**Notice mailed to:**
(notice.frm - 10/96)                                                                             [ntchrgcnf.]